UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) )   3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Haley Ivey v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 10-cv-13681-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on March 17, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                                    NANCY J. ROSENSTENGEL,
                                                    CLERK OF COURT

                                                    BY:   /s/*Sara Jennings*
                                                          **Deputy Clerk**

**Dated:**  March 17, 2014

Digitally signed by David R. Herndon
Date: 2014.03.17 14:39:11 -05'00'

**APPROVED:**
               **CHIEF JUDGE**
               **U. S. DISTRICT COURT**